**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01033-BNB

LESTER L. WASHINGTON, Bth, MA, M.E.D., LCGC,

      Plaintiff,

v.

CSUFT COLLINS,
CSUBOG,
CSU FC,
HDFS, et al.,

      Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff's motion for change of venue (ECF No. 8) filed on May 14, 2012, is DENIED without prejudice because Plaintiff fails to provide a clear and concise statement of the relief he is requesting or the facts that support the requested relief.

Dated:  May 16, 2012