**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01033-BNB

LESTER L. WASHINGTON, Bth, MA, M.E.D., LCGC,

    Plaintiff,

v.

CSUFT COLLINS,
CSUBOG,
CSU FC,
HDFS, et al.,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motions (ECF Nos. 13, 15, 16, & 17) filed on June 11 and 12, 2012, are DENIED without prejudice because Plaintiff fails to provide a clear and concise statement of the relief he is requesting or the facts that support the requested relief.

Dated:  June 13, 2012